# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Mildred E. Francis

v.

Anonymous, et al.

**Case No:** 24-7147

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Anonymous

Muriel Bowser

### Counsel Information

**Lead Counsel:** Graham E. Phillips

**Direct Phone:** (202) 724-6647  **Fax:** (202) 741-0444  **Email:** graham.phillips@dc.gov

**2nd Counsel:** Ashwin P. Phatak

**Direct Phone:** (202) 442-9807  **Fax:** (202) 741-0649  **Email:** ashwin.phatak@dc.gov

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** Office of the Attorney General for the District of Columbia

**Firm Address:** 400 6th Street, NW, Suite 8100, Washington, D.C. 20001

**Firm Phone:** (202) 727-6295  **Fax:** (___) ___-____  **Email:** graham.phillips@dc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)